1  **SHARON L. LAPIN, SBN 165919**
   **Law Offices of Sharon L. Lapin**
2  336 Bon Air Center, Suite 492
   Greenbrae, Ca. 94904
3  (415) 258-1651
   Fax: (916) 258-0326
4  e-mail lapinlaws@juno.com

5

   Attorney for Plaintiffs
6  DAVID MOTSENBOCKER and CHERYL
   MOTSENBOCKER,
7

8

9
                          **UNITED STATES DISTRICT COURT**
10
                          **EASTERN DISTRICT OF CALIFORNIA**
11

12

13

14 | DAVID MOTSENBOCKER AND | CASE NO.: 1:09-cv-01916-OWW-DLB |
   | CHERYL MOTSENBOCKER, | |
15 | | ORDER TO APPEAR BY TELEPHONE |
   | Plaintiffs, | FOR MOTION TO DISMISS AND MOTION |
   | v. | TO STRIKE |
16 | | JUDGE: Hon. Oliver W. Wanger |
   | WACHOVIA MORTGAGE; WORLD | DATE:  May 17, 2010 |
17 | SAVINGS BANK FSB; NDEX WEST, | TIME:  10:00 AM |
   | LLC; GLOBAL EQUITY LENDING, INC.; | CTRM:  3 |
18 | DANNY HOCKENBERGER; and DOES 1- | |
   | 20 inclusive | |
19 | | |
   | Defendants. | |
20 | _____ / | |

21

22     The Court having reviewed the Request to Appear by Telephone at the Motion to Dismiss

23  and Motion to Strike, good cause appearing therefore, hereby orders as follows:

24     IT IS HEREBY ORDERED, that Plaintiff's Counsel may appear telephonically for the

25  Motion to Dismiss and Motion to Strike currently set to be heard on May 17, 2010 in Courtroom 3

26  / /

27
   PROPOSED ORDER TO APPEAR BY TELEPHONE FOR MOTION TO DISMISS AND MOTION TO STRIKE
28                                           1

1  / /
2  before the Honorable. Oliver W. Wanger, of the above entitled Court, by and through their counsel,
3  Sharon L. Lapin (415) 686-1247.

11  IT IS SO ORDERED.

12  **Dated:   April 29, 2010**              _____/s/ Oliver W. Wanger_____
13                                            UNITED STATES DISTRICT JUDGE