UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DAVID MOTSENBOCKER AND CHERYL MOTSENBOCKER,<br><br>         Plaintiffs,<br><br>   vs.<br><br>WACHOVIA MORTGAGE; WORLD SAVINGS BANK, FSB; Global EQUITY LENDING, INC.; DANNY HOCKENBERGER; and DOES 1–20 inclusive,<br><br>         Defendants. | CASE NO.:  1:09-CV-01916-OWW-DLB<br><br>[Assigned to Hon. Oliver W. Wanger District Judge]<br><br>ORDER ON DEFENDANT WACHOVIA'S REQUEST FOR TELEPHONIC APPEARANCE<br><br>Date:    May 17, 2010<br>Time:    10:00 a.m.<br>Ctrm:    3 |

The Court having reviewed Wachovia's Request for Telephonic Appearance at its and Plaintiffs' Motion to Dismiss and good cause appearing therefore, hereby orders as follows.

IT IS HEREBY ORDERED, that Wachovia's Counsel may appear telephonically for its and Plaintiffs' Motion to Dismiss currently set to be heard on May 17, 2010 in Courtroom 3 before the Honorable. Oliver W. Wanger, of the above entitled Court, by and through its counsel, Yaw-Jiun (Gene) Wu, 626-535-1900.

IT IS SO ORDERED.

   Dated:   **May 13, 2010**           **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE